# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JAMES LIGHTELL                                                      CIVIL ACTION

VERSUS

                                                                              NO. 18-125-JWD-RLB

JOSHUA ATKINSON, ET AL.

## O R D E R

Upon review of the Amended Notice of Removal (R. Doc. 8), the court *sua sponte* notes that the deficiencies previously observed have not been addressed. The Amended Notice of Removal fails to allege both the state of incorporation and principal place of business[1] of each corporate party. *See, e.g.*, *Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983). The state of incorporation and principal place of business of defendant **Government Employees Insurance Company** is not provided. In addition, the principal place of business of defendant **National Casualty Company** is not provided.

The Amended Notice of Removal also fails to properly allege the citizenship of a limited liability company. The citizenship of a limited liability company for diversity purposes is determined by the citizenship of **its members**. The citizenship of **all of the members** of a limited liability company must be properly alleged. In the event a member of a limited liability company is another limited liability company, the members of that limited liability company

---

[1] The phrase "principal place of business" in §1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's activities, *i.e.*, its "nerve center," which will typically be found at its corporate headquarters. *Hertz Corp. v. Friend*, 130 S.Ct. 1181, 175 L.Ed.2d 1029 (2010)

must be properly alleged as well.  See *Harvey v. Grey Wolf Drilling Co.,* 542 F.3d 1077, 1080 (5th Cir. 2008).  The complete citizenship of defendant **M & D Trucking, LLC** is not provided.[3]

Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **May 29, 2018**, the removing defendant shall file a second amended notice of removal providing the citizenship of defendants **M & D Trucking, LLC, National Casualty Company and Government Employees Insurance Company**, by setting forth all citizenship particulars required to sustain federal diversity jurisdiction.

Signed in Baton Rouge, Louisiana, on May 14, 2018.

　　　　　　　　　　　　　　　　　　　**RICHARD L. BOURGEOIS, JR.**
　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

---

[3] The Court notes that the notice of removal (R. Doc. 1) states that M & D Trucking, LLC is no longer in business.